BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-0339 OWW |
| ) | |
| Plaintiff, ) | GOVERNMENT'S REQUEST TO STAY |
| ) | FILING OF IN LIMINE |
| ) | MOTIONS, DECLARATION OF AUSA |
| ) | ESCOBAR AND ORDER |
| v. ) | |
| ) | |
| MIGUEL GOMEZ-GOMEZ, et al., ) | Date: August 29, 2011 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Place: Courtroom Three |
| _____ ) | Honorable Oliver W. Wanger |

The United States of America, by and through its undersigned attorneys hereby requests a stay of the motion in limine schedule set by the Court in this matter, as set forth below.

1. The Court previously set the filing of in limine motions on or before August 19 with responses due on or before August 25.

2. The hearing on the motions is currently set for August 29.

3. Prior to August 18, the government advised the parties that it intended to present a superseding indictment to the grand jury. On August 18, the grand jury returned a Second Superseding Indictment adding substantive charges and a new defendant. The arraignment and plea on the new indictment is set for August 22.

1

4. Under the Speedy Trial Act, the defendants would be entitled to additional time to prepare for new charges.

5. The current defendants have advised that they would seek a continuance of the trial date in this matter in order to prepare for the new charges.

6. In light of the posture of this case, the government will not file its in limine motions on August 19 and requests a stay of the in limine filing schedule. In addition, this Court granted a previous stay of the pretrial motions filed on behalf of defendant Jesus Gomez-Gonzalez.

7. At the hearing set for August 29, the parties will seek to vacate the current trial date and set a new pretrial motions and motions in limine schedule.

DATED: August 19, 2011                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          By /s/ Karen A. Escobar
                                             KAREN A. ESCOBAR
                                             Assistant U.S. Attorney

D E C L A R A T I O N

I, Karen A. Escobar, do hereby state and declare as follows:

1. I am the Assistant U.S. Attorney assigned to handle this matter.

2. The above facts are true and correct to the best of my knowledge.

This I declare under penalty of perjury this 19th day of August, 2011.

                                          /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR

O R D E R

Having considered and reviewed the request of the government,

IT IS THE ORDER OF THE COURT THAT the in limine motions schedule is hereby stayed and the trial date of September 13, 2011, is hereby vacated.

IT IS FURTHER ORDERED THAT a new trial setting and new schedule for pretrial and in limine motions shall be set on August 29, 2011, at 9:00 a.m.

IT IS SO ORDERED:

Date: August 26, 2011          /s/ OLIVER W. WANGER
                                      United States District Judge