Annette T. Smurr, Esq., SBN 138052
**LAW OFFICE OF ANNETTE T. SMURR**
2100 Tulare Street, Suite 529
Fresno, California 93721
Telephone: (559) 441-7100
Facsimile: (559) 441-7119

**In the United States District Court
For the Eastern District of California**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JESUS DURAN,<br><br>　　　　Defendant | Case No.: 1:09-cr-00339-LJO<br>**STIPULATION: TO CONTINUE DATE OF SENTENCING AND DUE DATE FOR OBJECTION TO PRESENTENCE INVESTIGATION REPORT;**<br>**ORDER OF DENIAL TO CONTINUE** |

　　Defendant, JESUS DURAN, by and through his attorney of record, ANNETTE T. SMURR, and THE UNITED STATES OF AMERICA, by and through its attorneys of record, BENJAMIN B, WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorney, hereby enter into the following STIPULATION:

　1. The parties to the above-captioned matter agree to vacate the current Sentencing date of October 31, 2011 at 1:30 p.m. and to continue Sentencing to November 21, 2011 at 1:30 p.m.

STIPULATION: TO CONTINUE DATE OF SENTENCING AND DUE DATE
FOR OBJECTION TO PRESENTENCE INVESTIGATION REPORT- 1

2. The parties agree to vacate the current filing date of October 21, 2011 for the defendants Objection to the Presentence Investigation Report and to continue that date until November 11, 2011.

Dated this 12TH day of October, 2011

BY: /S/ ANNETTE T. SMURR
ANNETTE T. SMURR
Attorney for Defendannt
JESUS DURAN

BY: /S/ KATHLEEN SERVATIUS
KATHLEEN A. SERVATIUS
ASSISTANT U.S. ATTORNEY

Having read and considered the foregoing STIPULATION

The request is DENIED. Good cause has not been stated on the issue of why

The objections were not timely filed. A stipulation itself does not

Constitute good cause. Without a good cause declaration, the objections will

be deemed waived and the sentencing will go forward as scheduled.

IT IS SO ORDERED.

Dated: **October 13, 2011**        **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE