```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09CR0339 LJO |
| Plaintiff, | |
| v. | STIPULATION RE: CONTINUANCE AND ORDER |
| MIGUEL GOMEZ-GOMEZ and DIOCELINA BUSTOS ABARCA, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | 1:11-CR-0093 LJO |
| Plaintiff, | |
| v. | |
| DIOCELINA BUSTOS ABARCA and ALEJANDRO URIOSTEGUI-RODRIGUEZ, | |
| Defendants. | |

Defendants in the above-captioned matters, by and through their respective attorneys, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States

1

| | |
|---|---|
| 1 | Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, |
| 2 | hereby enter into the following stipulation: |
| 3 |     1.  The parties to the above-captioned matters agree to |
| 4 | vacate the March 5, 2012, status conference and reset the matter |
| 5 | for March 12, 2012, at 8:30 a.m. |
| 6 |     2.  The parties stipulate that the continuance is |
| 7 | necessitated by the parties need to conduct further investigation, |
| 8 | continue plea negotiations and effectively communicate the |
| 9 | government's plea offers to defendants, who are housed at Lerdo. |
| 10 |     3.  The parties stipulate that time is excludable under the |
| 11 | Speedy Trial Act and that the ends of justice served by granting |
| 12 | the requested continuance outweigh the best interests of the |
| 13 | public and the defendant in a speedy trial, in that the failure |
| 14 | to grant the continuance would deny the parties' sufficient |
| 15 | opportunity to conduct further investigation and/or resolve the |
| 16 | matter. |

DATED: February 29, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
   KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ James Homola
JAMES HOMOLA
Attorney for Defendant
Miguel Gomez-Gomez

/s/ Peter Jones
PETER JONES
Attorney for Defendant
Diocelina Bustos Abarca

/s/ Barbara O'Neill
BARBARA O'NEILL
Attorney for Defendant
Alejandro Uriostegui-

2

Rodriguez

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of March 5, 2012, is hereby vacated and is reset for March 12, 2012, at 8:30 a.m.

IT IS FURTHER ORDERED THAT time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

IT IS SO ORDERED.

**Dated: February 29, 2012**          /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE