BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL GOMEZ-GOMEZ and DIOCELINA BUSTOS ABARCA,<br><br>Defendants. | 1:09CR0339 LJO<br><br>STIPULATION RE: CONTINUANCE AND ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIOCELINA BUSTOS ABARCA and ALEJANDRO URIOSTEGUI-RODRIGUEZ,<br><br>Defendants. | 1:11-CR-0093 LJO |

Defendants in the above-captioned matters, by and through their respective attorneys, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States

Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matters agree to vacate the March 12, 2012, status conference and reset the matter for June 4, 2012, at 8:30 a.m.

2. The parties stipulate that the continuance is necessitated by the parties need to conduct further investigation (based, in part, in on new information communicated by one of the parties to the government on March 5, 2012) continue plea negotiations and effectively communicate the government's plea offers to defendants, who are housed at Lerdo.

3. The parties stipulate that time is excludable under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties' sufficient opportunity to conduct further investigation and/or resolve the matter.

DATED: March 7, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ James Homola
JAMES HOMOLA
Attorney for Defendant
Miguel Gomez-Gomez

/s/ Peter Jones
PETER JONES
Attorney for Defendant
Diocelina Bustos Abarca

/s/ Barbara O’Neill
BARBARA O’NEILL
Attorney for Defendant
Alejandro Uriostegui-Rodriguez

O R D E R

Having read and considered the foregoing stipulation,

The current hearing date of March 12, 2012, is hereby vacated and is reset for June 4, 2012, at 8:30 a.m.

The time shall be excluded under the Speedy Trial Act and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties’ sufficient opportunity to conduct further investigation and/or resolve the matter.

IT IS SO ORDERED.

**Dated: March 8, 2012**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE