```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,       )  1:09-CR-339 LJO
                                    )
12                                  )
               Plaintiff,           )
13                                  )
        v.                          )  STIPULATION AND PROPOSED
14                                  )  ORDER RE: CONTINUANCE
                                    )
15                                  )
    SALVADOR GUTIERREZ-MACHUCA,     )
16                                  )
                                    )
17                                  )
               Defendant.           )
18  _____)
```

19    Defendant SALVADOR GUTIERREZ-MACHUCA, by and through his
20 attorney, ROGER WILSON, and the United States of America, by and
21 through its attorneys, BENJAMIN B. WAGNER, United States Attorney,
22 and KAREN A. ESCOBAR, Assistant United States Attorney, hereby
23 enter into the following stipulation:
24    1.  The parties to the above-captioned matter agree to vacate
25 the March 12, 2012, sentencing hearing, set in this matter, and
26 reset the matter for June 4, 2012, at 8:30 a.m.
27
28

                                  1

2. The parties stipulate that the continuance is necessary to effectuate the terms of the plea agreement.

DATED: March8, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
  KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Roger Wilson
ROGER WILSON
Attorney for Defendant
SALVADOR GUTIERREZ-MACHUCA

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of March 12, 2012, is hereby vacated in this matter and is reset for June 4, 2012, at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   March 8, 2012**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE