# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-F-09-00339 LJO |
| Plaintiff, | RULING ON DEFENDANT'S MOTION TO " DISMISS THE INMATE FINANCIAL RESPONSIBIITY PROGRAM" [Doc. 204] |
| vs. | |
| JESUS DURAN, | |
| Defendant. | |

The defendant, in pro se, brings the instant untimely motion to "dismiss the IFRP payments," on the basis that the required payments are unconstitutional.

There exist no authority for the defendant's legal position. The argument is without logic, legal authority or factual basis.

The motion is denied.

IT IS SO ORDERED.

Dated: November 15, 2012            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE